**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 14-cr-00135-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN JONES,

    Defendant.

---

## ORDER

---

PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Christine M. Arguello, United States District Judge, on January 8, 2016, it is hereby

ORDERED that Defendant Brian Jones is sentenced to **TIME SERVED.**

DATED:  January 8, 2016

                        BY THE COURT:

                        _____
                        CHRISTIME M. ARGUELLO
                        United States District Judge