IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 14-CR-00135-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN JONES,

    Defendant.

---

FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS
FOR ORDER OF DETENTION

---

    This matter comes before the court on October 16, 2017, for preliminary hearing and detention hearing on the Petition to Revoke Supervised Release. The court has accepted a waiver of preliminary hearing and detention hearing by the defendant. In addition, the court has considered the proffers by the government and the defendant. Lastly, I have taken judicial notice of the court's file.

    Under Rule 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]." Here, I find that defendant has waived his right to a detention hearing. Moreover, based upon the waiver by defendant of his preliminary hearing and detention hearing, I find probable cause exists that defendant has violated his supervised release.

    In making my findings of fact, I have taken judicial notice of the entire court file. I have also considered the proffers and arguments of counsel. Under these circumstances, I find that the defendant has not sustained his burden. On the record before the court, I find that no condition or combination of conditions of release that will

reasonably assure the safety of the community or defendant's presence in court. Accordingly, I order the defendant detained without bond.

Done this 16th of October 2017.

BY THE COURT

S/ Michael J. Watanabe
_____
Michael J. Watanabe
U.S. Magistrate Judge